# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

**SYNFUEL TECHNOLOGIES, LLC,**
**Individually and on Behalf of All**
**Others Similarly Situated,**

    **Plaintiff,**

v.                                   **CIVIL ACTION NO. 02-CV-324 DRH**

**AIRBORNE EXPRESS, INC.,**

    **Defendants.**

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** This action came to hearing before the Court on a Joint Motion for Settlement Approval.

**IT IS ORDERED AND ADJUDGED** that the motion is **GRANTED** and the settlement is approved by the Court. This cause is **DISMISSED with prejudice**, with each party to bear its respective costs (except as provided in the agreement).

**IT IS FURTHER ORDERED AND ADJUDGED** that Class Counsel attorneys' fees and costs are awarded in the sum of $600,250.00. Class Representative, **SYNFUEL**

**TECHONOLOGIES, INC**., is awarded the sum of $10,000.00 for its services as Class Representative.-------------------------------------------------------------------------------------------------

                                                  **NORBERT G. JAWORSKI, CLERK**

August 20 2007                              BY:   /s/Patricia Brown
                                                                          Deputy Clerk

APPROVED: /s/     DavidRHerndon
                     **U.S. DISTRICT JUDGE**